# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDWARD DEAN HOHNER, | Case No. CV 19-09910-JAK (DFM) |
| Petitioner, | |
| v. | ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |
| SCOTT FRAUENHEIM, Warden, | |
| Respondent. | |

Edward Dean Hohner ("Petitioner") initiated this action by filing a Petition for Writ of Habeas Corpus by a Person in State Custody challenging his conviction. See Dkt. 1 ("Petition"). Petitioner filed this action while his petition for a writ of habeas corpus is still pending in the Superior Court of California. See Petition at 1. As such, his petition is entirely unexhausted.

"Once a district court determines that a habeas petition contains only unexhausted claims, it need not inquire further as to the petitioner's intentions. Instead, it may simply dismiss the habeas petition for failure to exhaust." Rasberry v. Garcia, 448 F.3d 1150, 1154 (9th Cir. 2006).

///
///
///
///

Petitioner has not yet exhausted any of the claims in his Petition. Accordingly, his Petition is dismissed for failure to exhaust without prejudice to refiling his Petition once he has exhausted his claims.

Dated: January 31, 2020

_____
JOHN A. KRONSTADT
United States District Judge

Presented by:

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge