# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDWARD DEAN HOHNER,<br><br>Petitioner,<br><br>v.<br><br>SCOTT FRAUENHEIM, Warden,<br><br>Respondent. | Case No. CV 19-09910-JAK (DFM)<br><br>JUDGMENT |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus, IT IS ADJUDGED that this action is dismissed without prejudice.

Date: January 31, 2020

_____
JOHN A. KRONSTADT
United States District Judge